# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re:

L&M Retail Ventures, LLC

Case No.: 20-33189-sgj11
Chapter 11

Debtor(s)

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: __Kroop__  __Jordan__  __A.__
             *Last*        *First*        *MI*

2. Firm Name: Perkins Coie LLP

3. Address: 2901 N. Central Avenue, Suite 2000
   Phoenix, Arizona 85012

4. Phone: 602.351.8017    FAX: 602.690.4024

   Email: jkroop@perkinscoie.com

5. Name used to sign *all* pleadings: Jordan A. Kroop

6. Retained by: Square Inc.

7. Admitted on September 10, 1998 and presently a member in good standing of the bar of the highest court of the state of Arizona and issued the bar license number of 018825.

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | See Attachment 1 | |
   | | |
   | | |

***Continued.***

9.     Are you presently a member in good standing of the bars of the courts listed above?

        Yes    No

    If "No," please list all courts which you are no longer admitted to practice:

10.    Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

        Yes    No

    If "Yes," please provide details:

11.    Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

        Yes    No

    If "Yes," please provide details:

12.    Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

| *Date of Application* | *Case No. and Style* |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

13.    Local counsel of record: _____

14.    Local counsel's address: _____
           _____

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

I am an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

I am not an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.

_____                              _____
Printed Name of Applicant                                                                    Date


 */s/ Jordan A. Kroop*_____
Signature of Applicant

# EXHIBIT 1

**ATTACHMENT 1**

| Court | Admission Date | Bar Nos and/or Notes |
|---|---|---|
| AZ Supreme Court | 9/10/1998 | 018825 |
| AZ District Court | 9/14/1998 | |
| US District Court, ND Illinois | 1/5/2012 | |
| NY (all state courts) | 4/10/1995 | 2680882 |
| US District Court, EDNY | 9/12/1995 | |
| US District Court, NDNY | 3/14/2007 | |
| US District Court, SDNY | 9/12/1995 | |
| US District Court, WDNY | 3/14/2007 | |
| US Court of Appeals, Fifth Cir | 4/1/2005 | |
| US Court of Appeals, Ninth Cir | 7/21/2000 | |
| US Supreme Court | 4/29/2002 | |
| US District Court, Colorado | 8/29/2016 | |